Hattie R. Cohen, appellee, v. Peggy Byrnes, trading as Jauma Beauty Salon, appellant. Gen. No. 37,809.

Opin-
ion filed December 31, 1934.

Jacob Kosbie and Davidson & Tierney, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.